IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN C. LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 02-433 |
| | § | |
| COUNTRYWIDE MORTGAGE, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING PLAINTIFF'S APPLICATION FOR SANCTIONS

On this day came on to be considered Plaintiff Steven C. Lopez's First Amended Application for Sanctions for Violating Settlement Agreement (D.E. 64). As conceded by the parties during the January 13, 2006 hearing, the Court did not adopt the parties' Settlement Agreement as part of its October 29, 2003 Agreed Final Judgment and Order. Therefore, the Court is without subject-matter jurisdiction to enforce the Settlement Agreement and/or to sanction Settlement Agreement violations. See Hospitality House, Inc. V. Gilbert, 298 F.3d 424, 430 (5th Cir. 2002). Based on the above-stated reasons, the Court hereby DENIES Plaintiff's First Amended Application for Sanctions for lack of subject-matter jurisdiction.

SIGNED and ENTERED this 13th day of January, 2006.

_____
Janis Graham Jack
United States District Judge